

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER

Cause number:      01-12-00447-CV

Style:      ConocoPhillips Company

         **v** Bascom Craddock and Robert S. Kennedy

        In light of the parties' joint request, the submission and oral argument of this case, currently scheduled for November 27, 2012, is **CANCELED** and removed from the Court's docket, to be rescheduled at a later date.

        Further, the Court **ORDERS** that the supplemental briefing requested by the Court's November 5, 2012 order shall be filed with, and actually received by, the Court no less than **two weeks prior to the date of submission** of this appeal, if and when submission is rescheduled.

        Finally, the Court requests letter briefing from the parties, filed with the Court on or before **December 18, 2012**, advising the Court of the status of the relevant arbitration proceedings and whether the parties contend that events in the arbitration proceedings resolve, moot, or otherwise eliminate any issues in this appeal.

Judge's signature: /s/ Harvey Brown
                Justice Harvey Brown

      ☑ Acting individually      ☐ Acting for the Court

Date: November 6, 2012